IN THE
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAJOR MIKE WEBB, *et al.* | ) | |
| **Petitioner, Pro Se,** | ) | Civil Case No. 1:23-cv-00816-DLF |
| | ) | |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., *et al.* | ) | |
| **Respondents.** | ) | |
| | ) | |
| | ) | |

CLERK
U.S. DISTRICT & BANKRUPTCY

RECEIVED
Mail Room

AUG - 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AMENDED VERIFIED COMPLAINT FOR CIVIL ACTION NUMBER 1:23-CV-00816-DLF

1. And, comes now to the court, Petitioner Major Mike Webb, *pro se*, hereinafter referred to as "Webb," to file an Amended Verified Civil Complaint, pursuant to the Order of the Trial Court, dated July 28, 2023, against the following named Respondents: Meta Platforms, Inc., formerly known as Facebook, Inc., and the Office of Management & Budget (OMB).

### Short Statement of the Facts

#### *Petitioner*

2. Paragraphs 1 is incorporated by reference.

3. Some authorities have debunked a claim that Franklin D. Roosevelt had ever said, "In politics, nothing happens by accident," Mick West, "Debunked: 'In politics, nothing happens by accident' – FDR," *Metabunk*, December 15, 2011[1], but at least in Newtonian physics, "*[a]ctioni contrariam semper & æqualem esse reactionem: sive corporum duorum actiones*

---

[1] "There are no records of Roosevelt having made such a statement, and this is most likely a misquotation of the widely reported comment he made in a speech at the Citadel (23 October 1935): 'Yes. we are on the way back — not by mere chance, not by a turn of the cycle. We are coming back more soundly than ever before because we planned it that way, and don't let anybody tell you differently.'" *Id.*

*in se mutuo semper esse æquales & in partes contrarias dirigi*", Isaac Newton, *Philosophiae Naturalis Principia Mathematica*, Reg. Soc. PRÆSES, July 5. 1686[2].

4. Despite claims that he had obtained his baccalaureate degree from Liberty University, Scott Broadbeck, "Arlington Republican Emerges to Challenge Rep. Don Beyer in 2016," December 23, 2015, Petitioner is a graduate of an 11th Ranked National Liberal Arts College and University, which boasts a 19% acceptance rate, the most selective college in the Commonwealth, public or private, Staff, "Washington & Lee University," U.S. News & World Report, https://www.usnews.com/best-colleges/washington-and-lee-3768 (accessed March 26, 2023), and had distinguished himself there as the first African American elected to student body office. Anthony Cornelius (Paid Advertisement), "It's Sick But It's True," *Ring Tum Phi*, May 30, 1985; Bruce Potter, "Caruthers nips Black for VP; Hollis-Lewis, Cooper-Webb results tonight," 84 *Ring Tum Phi* 22, March 14, 1985; Editors, "'A' for effort," 84 *Ring Tum Phi* 27, May 2, 1985; Christopher Deighan, "School heightens effort to add minority students," 84 *Ring Tum Phi* 23, March 21, 1985; Newsroom, "Secretary Webb: Communication Is Key," *Ring Tum Phi (The Election Supplement)*, March 7, 1985.

5. According to local accounts, Petitioner's "campaign started as grassroots as they come in the 21st century, with a Facebook page, and then local farmer's markets and churches when that started gaining a following", Vernon Miles, "Alexandria: Two Republicans Enter Race Against Beyer," *Alexandria Connection*, February 3, 2016, and "has floated around the periphery of the Northern Virginia political scene for nearly the past decade, qualified for the School Board ballot." Scott McCaffery, "Two candidates end up on Arlington School Board ballot," *Arlington Sun Gazette/Inside NOVA*, June 9, 2021.

---

[2] "To an action there is always an equal and contrary reaction: or the actions of two bodies between themselves are always mutually equal and directed in opposite directions." *Id.*

6.  Petitioner has been identified by federal courts as a federal whistleblower, Order, *Webb v. Dep't of the Army*, Civil Action 1:22-cv-02236 (UNA) (D.D.C. Oct. 7, 2022), in a matter now on appeal to the Supreme Court, *Webb v. Dep't of the Army*, Record No. 22-7394 (U.S. 2023), and pending final adjudication before the Merit System Protections Board (MSPB), *Webb v. DoD*, Docket Number DC-3443-18-0299-I-1 (MSPB 2018), since 2018, the subject of multiple collateral and related litigations. *Webb v. MSPB*, Record Number 2019-1130 (D.C.Cir. 2018); *Webb v. MSPB*, Record Number 20-100 (Fed.Cir. 2018); *Webb v. MSPB*, Case Number 1:19-cv-257 (E.D.Va. 2019), *aff'd* Record Number 19-1436 (4th Cir. 2019).

7.  According to one progressive blog, the words "[o]nslaught, commando, and scorched earth come to mind", apparently "[n]ow and again," among "analysts", describing "the determined and wildly successful Arlington Democrats in battle-hardened military terms", Cragg Hines, "Arlington Dems Pour It On, Boost "Regular" Dem Mary Kadera to Big Victory in School Board Caucus Over "Insurgent Candidate," *Blue Virginia*, May 26, 2021.

8.  Petitioner, a retired Airborne Ranger, who had served with the elite 75th Ranger Regiment, *but see* Jonn Lilyea (This Ain't Hell), Mike Webb for Congress," *Valor Guardians*, May 17, 2016; Jonn Lilyea (This Ain't Hell), "Mike Webb Revisited," *Valor Guardians*, April 27, 2017, the childhood protégé to the legendary civil rights and criminal defense attorney, Raymond A. Brown, *see generally* Joseph Berger, "Raymond A. Brown, Civil Rights Lawyer, Dies at 94," *The New York Times*, October 11, 2009, has been described as a "litigation hobbyist", Order, *U.S. Navy SEALs v. Biden*, Civil Action No. 4:21-cv-01236-O (N.D.Tex. May 23, 2022); Order, *State of Missouri v. Biden*, Record No. 22-30531 (5th Cir. August 1, 2022), with a penchant for "hot-button issues", Informal App. Opp. Brief, *Webb v. Garland*, Record No. 2022-2065(Fed. Cir. 2022) "isn't afraid to fight dirty", Vernon Miles,

"Alexandria: Two Republicans Enter Race Against Beyer," *supra*, and is certainly no

stranger to political retaliation, *see Webb v. Carlton Condominiums Unit Owners*

*Association, et al.,* Case No. CL18-2005/Record No. 1399-18-4 (Va. App. 2018), *aff'd*

Record No. 1399-18-4 (Va. 2018); *Webb v. Kaine, et al.*, Case Number CL18-3628 (2018),

*aff'd* Record Number 0638-19-4 (Va. 2019); *Webb v. Kimmel*, Civil Action No.

3:2022cv00392 (E.D.Va. 2022), *on appeal* Record No. 23-1152 (4th Cir. 2023); *Webb v.*

*Kimmel*, Record No. 22-7748 (U.S. 2022); *Webb v. Lopez*, Civil Action No. 1:23-cv-01239

(ACR) (D.C. May 19, 2023) *on appeal* Record No. 23-7072 (D.C. Cir. 2023); *In re Major*

*Mike Webb*, Record No. 23-7065 (D.C. Cir. 2023), and has been identified by one

progressive blog all the way in Seattle as having been "against current government efforts

and recommendations for safety during the COVID-19 pandemic", but also as "a member of

the Red Rose Rescue, a group aimed at defunding reproductive healthcare services". Staff,

"Mary Kadera: Democrat," *Progressive Voters Guide*, September 15, 2021,

https://progressivevotersguide.com/index.php/virginia/2021/general/mary-kadera (accessed

June 25, 2022). *See also Commonwealth v. Webb*, GC17004518-00 (Alexandria GDC, 2018),

*aff'd* Case No. CM18000020 (Alexandria Cir. 2019), *aff'd* Record No. 1780-18-4 (Va.App.

2019); *Webb v. Commonwealth*, Civil Action No. 1-18-00-1251 (E.D.Va. 2018) (originally

designated as Case Number 1:18-cr-363 (E.D.Va. 2019))*, aff'd* Record No. 19-6403 (4th Cir.

2019); Sophia Resnick, "Why a Trespassing Trial This March Has Caught the Attention of

Activists on Both Sides of the Abortion Movement (Updated)," *Rewire*, March 1, 2018.

9.  Even his political opponent, Congressman Don Beyer, has credited for his efforts regarding

the slaying of Bijan Ghasir, Congressman Don Beyer, "Gum Springs Town Hall," September

5, 2019, just as his current political opponent, Delegate Alfonso Lopez, on information and

belief, has commended him for his commitment to civil rights, but the godson of the first
African American House Majority Whip, who had shared a spiritual mentor in Dr. Benjamin
E. Mays, with Rev. Martin Luther King, Jr., is the son of a prominent, fundamentalist African
American Baptist pastor, and the grandson of a pastor, who had built a church that today
stands on the National Historic Registry, William S. Price, Jr., NP8 Form 10900, *National
Register of Historic Places Form*, Mount Sinai Baptist Church, April 9, 1987, who had been
a franchise martyr, has distinguished himself, not just as the recipient of a controversial letter
from the Congregation for the Causes of Saints at the Vatican, Major Mike Webb for
Congress, "Letters of the Law: Postage Due," *YouTube*, July 27, 2017,
https://youtu.be/Ywp8bgBi8GM, but also, during the public health crisis as a fierce defender
of religious faith, even most recently having brought the first petitions for mandamus to
convene a grand jury investigation into the infection and death of one prominent Black
Pentecostal bishop, *Webb v. Davenport*, Case No. CL22W03079-00 (Chesterfield Cir. 2022),
*on appeal* Record No. 230277 (Va. 2023), and the infection of his pastor, his pastor's wife,
and a family in his church, the First Baptist Church of Alexandria, *Webb v. Porter*, *Webb v.
Davenport*, Case No. CL22W03079-00 (Chesterfield Cir. 2022), *on interlocutory appeal*
Record No. 230277 (Va. 2023), which had been closed to in-person worship during the
public health crisis due to government restrictions, about which the former Virginia
Governor had "conceded that he could not legally limit in-person worship ceremonies, noting
that the recent Supreme Court decision against the state of New York prevented him from
doing that." Charlie Spiering, "Gov. Ralph Northam Tightens Coronavirus Restrictions: You
Don't Have to Sit In Church for God to Hear Your Prayers," *Breitbart*, December 10, 2020.

**10.** Petitioner had essentially served as a former biological warfare planner, having served as the *Aide de Camp* and as the most junior commissioned officer to have ever served as the Operations Officer for all U.S. Army strategic counterintelligence, playing a key staff role in standing up the Armed Forces Medical Intelligence Center (AFMIC), *see generally* DODD 6420.1, *Armed Forces Medical Intelligence Center (AFMIC)*, September 30, 1996 , the precursor to the National Medical Intelligence Center (NMIC), *see generally* DODI 6420.01, *National Center for Medical Intelligence (NCMI)*, March 20, 2009, incorporating Change 3, effective September 8, 2020, which was the subject of the ABC News report, Josh Margolin & James Gordon Meek, "Intelligence report warned of coronavirus crisis as early as November: Sources 'Analysts concluded it could be a cataclysmic event,' a source said," *ABC News*, April 8, 2020; *See also* Fed.R.Evid. 702[3].

### *COVID-19 Pandemic*

**11.** Paragraphs 1 to 10 are incorporated by reference.

**12.** "Historically, epidemics are a time of fear, confusion, and helplessness", and, according to sources upon which the former Virginia Governor had relied, and advocating use of the UNESCO Precautionary Principle, a doctrine expressly rejected by American courts, , "[t]he loss of life and economic destruction that has been seen already from COVID-19 are 'morally unacceptable harms.'" Jeremy Howard, *et al.*, *An evidencereview of face masks against COVID-19*, 118 Proc. Natl. Acad. Sci. USA 4, pp. e2014564118, January 26, 2021;

---

[3] "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case." *Id.*

*see also* Jeremy Howard, *et al.*, *Face Masks Against COVID-19: An Evidence Based Review*, Preprints, April 12, 2020, doi:10.20944/preprints202004.0203.v1.

13. Casting blame upon Chinese obfuscation, one former National Security Council member has claimed that "[m]ore than three years after the start of the global pandemic there has yet to be a comprehensive forensic investigation into its origins", and he has averred, as a self-designated "original whistleblower", that, "[w]ith more than a million Americans dead from Covid-19, and an estimated 15 million dead worldwide, that's inexcusable." Jamie Metzl & Matt Pollinger, "We Still Don't Know the Truth About Covid," *Wall Street Journal*, February 8, 2023.

14. According to the President, as of the first anniversary of the pandemic declaration, almost 528,000 Americans had died from COVID-19, described as more American fatalities than both world wars, the conflict in Southeast Asia and the terror attacks on September 11, 2001, but, according to the President at that time: "we know what we need to do to beat this virus: Tell the truth." Briefing Room, "Remarks by President Biden on the Anniversary of the COVID-19 Shutdown," *The White House*, May 26, 2021.

15. Today, 1,136,473 American deaths have been attributed to the virus, Staff, "COVID Data Tracker," *CDC*, August 3, 2023, https://covid.cdc.gov/covid-data-tracker/#datatracker-home (accessed August 4, 2023), over double the figure on the first anniversary of the pandemic declaration, and, according to federal public health officials, "based on current COVID-19 trends, the Department of Health and Human Services (HHS)" announced that its "planning for the federal Public Health Emergency (PHE) for COVID-19, declared under Section 319 of the Public Health Service (PHS) Act," would "expire at the end of the day on May 11,

2023." Press Office, "Fact Sheet: End of the COVID-19 Public Health Emergency," *NHS*, May 9, 2023.

16. On March 23, 2021, worldwide, "just under 3.3 million new cases reported", with "with just over 60 000 new deaths", in the prior week, while "[t]he European Region and the Region of the Americas continue[d] to account for nearly 80% of all the cases and deaths", with world public health authorities reporting a total of 122,536,880 cases worldwide, attributed to 2,703,780 deaths. Staff, "COVID-19 Weekly Epidemiological Update (as of March 21, 2021)," *WHO*, March 23, 2021.

17. "Globally, as of 1:56pm CEST, 2 August 2023, there have been 768 983 095 confirmed cases of COVID-19, including 6 953 743 deaths, reported to WHO", and, "[a]s of 30 July 2023, a total of 13 492 099 754 vaccine doses have been administered." Staff, "WHO Coronavirus (COVID-19) Dashboard," *WHO*, August 2, 2023, https://covid19.who.int/ (accessed August 4, 2023).

### *Critical Metrics*

18. Paragraphs 1 to 17 are incorporated by reference.

19. Infectious dose and secondary attack rate are standard epidemiological metrics for assessment of risk. Self-Study Course SS1978, *Principles of Epidemiology in Public Health Practice, Third Edition: An Introduction to Applied Epidemiology and Biostatistics*, "Lesson 3: Measures of Risk," CDC (October 2006), *updated* May 18, 2012.

20. By official statement from federal public health officials, after a request for documents had been issued by Petitioner, "[t]he infectious dose of SARS-CoV-2 needed to transmit infection has not been established." Staff, "Scientific Brief: SARS-CoV-2 Transmission," *CDC*, May 7, 2021.

21. While often popularly described as "vaccines", the *Emergency Use Authorization (EUA)*
*Declaration*, on March 27, 2020, had only made provision for "COVID-19
countermeasures", developed specifically to address what had been described as a
"significant threat" to citizens residing abroad and members of the uniformed members of the
active duty military, 85 Fed. Reg. 63, 182501, arguably to avert a large sample size, phase
three clinical trial, in the development of an effective vaccine. *See Doe v. Rumsfeld*, Civil
Action No. 03-707 (EGS) (D.D.C. Apr. 6, 2005); *Doe v. Rumsfeld*, 341 F. Supp. 2d 1
(D.D.C. 2004); *Doe v. Rumsfeld*, 297 F. Supp. 2d 119 (D.D.C. 2003).

22. ,The very first of active duty, uniformed service member would not succumb to the novel
coronavirus until April 13, 2020, Newsroom, "U.S. Navy ID's Arkansas sailor as first active-
duty military member to die of coronavirus," *CBS News*, April 17, 2020, the first of only a
total of 96, on active duty, in the reserve component and national guards, by the end of last
year, Staff, "Coronavirus: DOD Response," *DoD*, December 8, 2022,
https://www.defense.gov/Spotlights/Coronavirus-DoD-Response/ (accessed August 4, 2023),
arguably rendering any other use outside that scope an "unauthorized commitment" under the
Federal Acquisition Regulations. FAR § 1.602-3. *See also Webb v. Bowser*, Civil Action No.
1:22-cv-02628 (UNA) (D.C. 2022).

23.  To develop effective vaccines, under basic vaccinology, scientists must determine
immunogenicity, Benjamin B. Lindsey, *et al.*, *The efficacy, effectiveness,*
*and immunogenicity of influenza vaccines in Africa: a systematic review*, 19 The Lancet 4,
pp. E110-E119, April 1, 2019 (published December 12, 2018), requiring knowledge of
infectious dose, still unknown,  Staff, "Scientific Brief: SARS-CoV-2 Transmission," *supra*,
and correlates of protection, Florian Krammer, *Correlates of protection from SARS-CoV-2*

*infection*, 397 The Lancet, pp. 1421-1423, April 17, 2021 https://doi.org/10.1016/S0140-6736(21)00782-0, Epub. April 9, 2021; Shuo Feng, *et al.*, *Correlates of protection against symptomatic and asymptomatic SARS-CoV-2 infection*, MedRix, June 24, 2021, doi: https://doi.org/10.1101/2021.06.21.21258528; Stanley A. Plotkin, *Correlates of Protection Induced by Vaccination*, 17 Clin. & Vacc. Immun. 7, pp. 1055-1065 (July 2010), doi:10.1128/CVI.00131-10. *But see* Joe Palca, "New Evidence Points To Antibodies As A Reliable Indicator Of Vaccine Protection," *NPR*, August 23, 2021 (citing Peter Gilbert, *et al., Immune correlates analysis of the mRNA-1273 COVID-19 vaccine efficacy clinical trial,* 375 Science 6576, pp. 43-50, November 23, 2021, doi: 10.1126/science.abm3425)[4].

24. A super spreader event, clinically, cannot occur without a disease that has either a low infectious dose, or that is a validated highly contagious disease, Martin J. Blaser & Lee S. Newman, *A Review of Human Salmonellosis: I. Infective Dose*, 4 Reviews of Infectious Diseases 6, pp. 1096–1106 (November 1982), like at least 60% secondary attack rate smallpox, Staff, "Transmission," *supra*.

25. No validated highly contagious disease requires more than 15 particles to cause a state of infection, Jean Maguire van Seventer & Natasha S. Hochberg, *Principles of Infectious Diseases: Transmission, Diagnosis, Prevention, and Control*, 6 Intern'l Encyc. Pub. H. 2nd Ed., http://dx.doi.org/10.1016/B978-0-12-803678-5.00516-6, and at least 100,000 particles were required to infect a Syrian hamster, Jasper Fuk-Woo Chan, *et al.*, *Simulation of the Clinical and Pathological Manifestations of Coronavirus Disease 2019 (COVID-19) in a Golden Syrian Hamster Model: Implications for Disease Pathogenesis and Transmissibility*,

---

[4] "When Dr. Anthony Fauci spoke recently at a White House briefing about the need for COVID-19 booster shots, *buried in his slideshow of charts and data points* was a little-noticed scientific paper that offers evidence for a reliable way to predict how much protection a COVID-19 vaccine offers." *Id.* (emphasis added)

71 Clin. Infect. Dis. 9 pp. 2428-2446, December 3, 2020, doi: 10.1093/cid/ciaa325, *Epub.*,

March 26, 2020, but also to infect transgenic mice, ferrets and Rhesus and Cynomoglus

monkeys, with live, wild virus in a challenge study. Suresh Kumar, *et al.*, *Selection of*

*animal models for COVID-19 research*, 31Virus Dis. 4, pp. 453-458 (October–December

2020), https://doi.org/10.1007/s13337-020-00637-4. *See also* Abishek Chandrasheka, *et al.*,

*SARS-CoV-2 infection protects against rechallenge in rhesus macaques*, 369 Science 6505,

pp. 812-817, August 12, 2020, doi: 10.1126/science.abc4776, *ePub*, May 20, 2020[5].

26. Similarly, while the Centers for Disease Control & Prevention (CDC) has published the

secondary attack rate for other validated highly contagious diseases, such as smallpox

(60%), Staff, "Transmission," *CDC*, December 5, 2016,

https://www.cdc.gov/smallpox/clinicians/transmission.html (accessed August 25, 2020),

measles (90%), Staff, "Transmission of Measles," *CDC*, February 5, 2018,

https://www.cdc.gov/measles/transmission.html (accessed August 20, 2020) and chickenpox.

*Staff*, "Chickenpox (Varicella): For Healthcare Professionals," *CDC*, December 31, 2018,

https://www.cdc.gov/chickenpox/hcp/index.html (accessed August 29, 2020).

27. Further, it has only generally averred of COVID-19 that it is "highly contagious", Transcript,

"Ralph Northam Virginia COVID-19 Press Conference Transcript April 27," *Rev*, April 27,

2020[6], while using reproductive number as the measure of transmissibility risk, Adam

Gabbatt, Natalie Grover & Jessica Glenza, "'The war has changed': CDC paper warns Delta

variant is far more transmissible," *The Guardian*, July 30, 2021, a measure expressly rejected

---

[5] "We inoculated nine adult rhesus macaques (6 to 12 years of age) with a total of $1.1 \times 10^6$ plaque-forming units
(PFU) (Group 1; N = 3), $1.1 \times 10^5$ PFU (Group 2; N = 3), or $1.1 \times 10^4$ PFU (Group 3; N = 3) of SARS-CoV-2
administered as 1 ml by the intranasal (IN) route and 1 ml by the intratracheal (IT) route." *Id.*
[6] "Ralph Northam: (33:29)
The point I would make, Dr. Oliver can follow me, is that this virus is highly contagious." *Id.*

by the CDC, Paul Delameter, *et al.*, *Complexity of the Basic Reproduction Number (R0)*, 25

Emerging Infectious Diseases 1 (January 2019), and stating expressly that "[t]he Delta

variant is more transmissible than the viruses that cause MERS, SARS, Ebola, the common

cold, the seasonal flu and smallpox, and it is as contagious as chickenpox." comparable to

chickenpox, Apoorva Mandavilli, "C.D.C. Internal Report Calls Delta Variant as Contagious

as Chickenpox," *The New York Times*, July 30, 2021, *updated* September 28, 2021.

### *Freedom of Information Act (FOIA)*

28. Paragraphs 1 to 27 are incorporated by reference.

29. "On complaint, the district court of the United States in the district. . . has jurisdiction to

enjoin the agency from withholding agency records and to order the production of any

agency records improperly withheld from the complainant", 5 U.S.C. § 552(a)(4)(B), and

"[a]ny person making a request to any agency for records. . . shall be deemed to have

exhausted his administrative remedies with respect to such request if the agency fails to

comply with the applicable time limit provisions". 5 U.S.C. § 552(a)(6)(C)(i).

30. On March 23, 2021, by email from Dionne Hardy, Respondent OMB had acknowledged

receipt of a request under the *Freedom of Information Act (FOIA)*, from Petitioner, and had

designated it as OMB FOIA Number 21-220, regarding "Infectious Dose and Secondary

Attack Rate", about which, to date, despite two prior litigations, *see  Webb v. Fauci*, Civil

Action No. 3:2021cv00432 (E.D.Va. 2020), *aff'd* Record No. No. 21-2394 (4th Cir. 2022),

*cert denied* Record No. 21-8242, 143 S.Ct. 79 (2022); *Webb v. OMB*, Civil Action No.

3:2022cv00418 (E.D.Va. 2022), *aff'd* No. 22-1698 (4th Cir. 2023); *see also Webb v. Fauci*,

Record No. 21-6868; 142 S.Ct. 1352 (2022), the White House has at least exercised a

dubious right to remain silent, *Miranda v. Arizona*, 384 U.S. 436 (1966), if not a presumptive

claim of executive privilege, which is reserved for matters of national security, *U.S. v. Nixon*, 418 U.S. 683 (1974), raising a reasonable inference of suspicion, *Terry v. Ohio,* , 392 U.S. 1 (1968), but  this is "not the first court to [not] see things this way." Amendment Order, p.3.

31. On May 26, 2021, one month after the deadline had tolled for response to the *FOIA* request, OMB FOIA Number 21-220, the President had tasked the Intelligence Community to redouble efforts to determine the origins of a novel coronavirus attributed to the pandemic, but limiting the range of inquiry to only two scenarios, *i.e.*, a natural spillover or an escape from a laboratory, Briefing Room, "Statement by President Joe Biden on the Investigation into the Origins of COVID-19," *The White House*, May 26, 2021, clinical impossibilities for a biological agent validated by two, credible bookend studies on the first variant, which had found a secondary attack rate of less than five percent, 12 times too low to be described as a highly contagious disease, like 60% secondary attack rate smallpox, Staff, "Transmission," *supra*, or about the equivalent of the acceptance rate at Harvard University, Staff, "Harvard University," *U.S. News & World Report*, https://www.usnews.com/best-colleges/harvard-university-2155 (accessed July 16, 2023), or the chances of winning a 35 to 1 payout, placing a bet on a two number combination on an American roulette table. Luke Holmes, "Roulette Odds and Probability Guide 2023 – Bet Payouts and Winning Chances," *Roulette Sites*, December 9, 2022.

32. On the same day that the first case brought on this matter had been dismissed, Order*, Webb v. Fauci*, Civil Action No. 3:2021cv00432 (E.D.Va. October 29, 2021), the final, unclassified report was released by the Intelligence Community. Office of the Director of National Intelligence, *Updated Assessment on COVID-19 Origins*, October 29, 2021.

33. *Reid v. MSPB*, 508 F.3d 674 (Fed. Cir. 2007) articulates a timing/knowledge test to determine whether conduct is retaliatory, and, under this rule, the complainant need only demonstrate that "the deciding official knew of the [protected activity]. . . and that the adverse action was initiated within a reasonable time of [the same]".

34. Under the timing/knowledge test, a complainant "need not demonstrate the existence of a retaliatory motive. . . to establish that [the protected activity]. . . was a contributing factor". *Kewley v. HHS*, 153 F.3d 1357 (Fed. Cir. 1998) (quoting Marano v. DoJ, 2 F.3d 1137(Fed. Cir. 1993)).

35. Moreover, "[o]nce the knowledge/timing test has been met, an administrative judge must find that the appellant has shown that. . . [the protected activity] was a contributing factor. . . , even if, after a complete analysis of all of the evidence, a reasonable factfinder could not conclude that the appellant's [protected activity]. . . was a contributing factor". *Schnell v. Department of the Army*, 114 M.S.P.R. 83 (2010).

### *Freedom of Access to Clinic Entrances (FACE) Act*

36. Paragraphs 1 to 35 are incorporated by reference.

37. Under the *Freedom of Access to Clinic Entrances (FACE) Act*, 18 U.S.C. § 248(a)(2) , "[w]hoever. . . by force or threat of force or by physical obstruction, intentionally injures, intimidates or interferes with or attempts to injure, intimidate or interfere with any person lawfully exercising or seeking to exercise the *First Amendment* right of religious freedom at a place of religious worship. . . shall be subject to the penalties provided in subsection (b) and the civil remedies provided in subsection (c)."

38. "White House press secretary Jen Psaki said. . . the Biden administration is identifying 'problematic' posts for Facebook to censor because they contain 'misinformation' about

COVID-19" and "after Surgeon General Vivek Murthy called on companies to purge more

pandemic posts", to include "censorship of claims that later gained credibility, such as the

theory that COVID-19 leaked from a Chinese lab." Steven Nelson, "White House 'flagging'

posts for Facebook to censor over COVID 'misinformation'" *New York Post*, July 15, 2021[7].

*See also* Melissa Quinn, "Biden says he's asked intelligence community to 'redouble' efforts

in examining origins of COVID-19," *CBS News*, May 27, 2021[8].

39.  After the Trial Court, on July 28, 2023, had ordered an amendment to a complaint for which

summonses had been issued, in compliance with a Minute Order, dated June 21, 2023, under

threat of a deadline to perfect service of process no later than July 21, 2023, and after the

response deadline had tolled for Respondent Meta Platforms, Inc.[9], after having been served

the Original Verified Complaint, it had been reported that "[w]hen the White House urged

Facebook to clamp down on content regarding COVID-19 — including misinformation or

jokes about vaccines — some executives at the company thought CEO Mark Zuckerberg

wouldn't be happy", and that "[t]he Biden administration pushed Facebook, now under the

parent company Meta , to take down content about COVID-19, including theories about its

origin and satire about the vaccines being unsafe, The Wall Street Journal reported, citing

internal emails and communications." Gabriel Rivera, "Facebook took down COVID-19

posts after pressure from the Biden administration. 'I can't see Mark in a million years being

---

[7] "Psaki and Murthy would not answer a shouted question about the fact that Dr. Anthony Fauci, President Biden's chief medical adviser and the government's top infectious diseases expert, has himself vacillated on COVID-19 information. Fauci did not promote mask-wearing in February, March and early April 2020 as the respiratory virus spread in the US, despite the historical use of masks to counter airborne viruses and their successful early adoption in East Asia. But Fauci later pushed even wearing two masks at a time." *Id.*

[8] "President Biden said. . . he ha[d] ordered the U.S. intelligence community to 'redouble' its efforts to investigate the origins of COVID-19 after a new report fueled questions about whether the virus originated in a lab in Wuhan, China." *Id.*

[9] The White House having been served, as corroborated by an Affidavit of Service, on July 3, 2023, with a suspense, under Fed.R.Civ.Pro. 12(a)(i), to return a reply within 21 days, had permitted the deadline to lapse, without reply, subjecting itself to a default judgment, under Fed.R.Civ.Pro. 55, as of July 24, 2023.

comfortable with that,' an exec said in newly uncovered emails," *Business Insider*, July 29, 2023.

40. "The email, and a number of other such internal company communications, were obtained by the Republican-led House Judiciary Committee, which has been investigating what GOP lawmakers say is the Biden administration's improper efforts to censor Americans' speech on social media about Covid and other topics", while "[t]he White House says its discussions were aimed at promoting the adoption of vaccines and other public-health goals." Ryan Tracy, " Facebook Bowed to White House Pressure, Removed Covid Posts, *The Wall Street Journal*, July 28, 2023.

41. "Facebook has long said that its content-moderation decisions are independent and not made with regard to politics." *Id.*

42. "The vast majority of Covid-19 anti-vaccine misinformation and conspiracy theories originated from just 12 people, a report by the Center for Countering Digital Hate (CCDH) cited by the White House this week found." Erum Salam, "Majority of Covid misinformation came from 12 people, report finds," *The Guardian*, July 17, 2021[10].

43. "Among the dozen are physicians that have embraced pseudoscience, a bodybuilder, a wellness blogger, a religious zealot, and, most notably Robert F Kennedy Jr, the nephew of John F Kennedy who has also linked vaccines to autism and 5G broadband cellular networks to the coronavirus pandemic", *Id.*, and at that time it had been reported that Kennedy was "still allowed on Facebook (FB) itself, and he ha[d] more than 300,000 followers on the

---

[10] "CCDH, a UK/US non-profit and non-governmental organization, found in March that these 12 online personalities they dubbed the "disinformation dozen" have a combined following of 59 million people across multiple social media platforms, with Facebook having the largest impact. CCDH analyzed 812,000 Facebook posts and tweets and found 65% came from the disinformation dozen. Vivek Murthy, US surgeon general, and Joe Biden focused on misinformation around vaccines this week as a driving force of the virus spreading." *Id.*

platform." Donie O'Sullivan, "White House turns up heat on Big Tech's Covid 'disinformation dozen'," *CNN*, July 16, 2021[11].

**44.** "The person pointed specifically to Kennedy's still-active Facebook account as an example of what some White House officials view as Facebook's inaction regarding Covid-19 misinformation." *Id.*

**45.** Still, it would take an entire month until "Meta has permanently removed Facebook and Instagram accounts belonging to Children's Health Defense, the anti-vaccine group led by Robert F. Kennedy, Jr., Meta confirmed to CNN", Brian Fung, "Meta suspends anti-vaccine group led by RFK, Jr.," *CNN*, August 19, 2021.

**46.** Yet, for specious reasons, identified expressly only as "security", just four days after an announcement from the White House regarding "problematic accounts", and just 12 days after the initiation of litigation against the White House, *Webb v. Fauci*, Civil Action No. 3:2021cv00432 (E.D.Va. 2020), Respondent Meta Platforms, Inc. elected the most restrictive means to disable the account of a user with over 1,600 followers on his candidate page, Major Mike Webb for Governor, *Facebook*,

https://www.facebook.com/MajorMikeWebbNow/, empirically established to posssess a sufficient attraction value to draw national and international attention, *see* Staff, "Jimmy Kimmel Live  ABC  May 30, 2016 11:35pm-12:38am PDT," *Internet Archive*,

https://archive.org/details/KGO_20160531_063500_Jimmy_Kimmel_Live (accessed April 14, 2023); *see also Webb v. Kimmel*, Civil Action No. 3:2022cv00392 (E.D.Va. 2022), *on appeal* Record No. 23-1152 (4th Cir. 2023); Stephen Colbert, "The Late Show With Stephen Colbert  CBS  July 7, 2016 11:35pm-12:38am PDT, *Internet Archive*,

---

[11] ""There's about 12 people who are producing 65% of anti-vaccine misinformation on social media platforms," White House Press Secretary Jen Psaki said Thursday." *Id.*

https://archive.org/details/KPIX_20160708_063500_The_Late_Show_With_Stephen_Colber
t, (accessed April 14, 2023), and Noah Trevor (Season 21), "Virginia Politician Forgets to
Close Out His Porn," *Comedy Central*, May 18, 2016; *see also* Ryan Bort, "Politicians and
Porn: 10 Great Internet Fails," *Rolling Stone*, September 14, 2017; Staff, "Politicians and
Porn—Five Classic Online Fails," *Nigeria Today*, September 15, 2017; mahatmakanjeeves,
"Mike Porn Tabs Webb Running for Arlington School Board," Democrat Underground,
December 28, 2016; Lowell Feld, "Arlington School Board Member James Lander (D)
Draws Porn Tab Guy. . ." *Blue Virginia*, December 28, 2016.

47. Through three successive litigations, both the White House and Respondent Meta Platforms
have elected a right to remain silent regarding Petitioner's disabled account, which, arguably
had been disabled, permanently, within a reasonable time of the initiation of litigation against
Respondent OMB, and within a reasonable time of the White House announcement, a burden
shifting mechanism, raising an inference of retaliatiory conduct attributed to Petitioner's
protected activity, and as a political candidate, "it can hardly be doubted that the
constitutional guarantee has its fullest and most urgent application precisely to the conduct of
campaigns for political office", *Monitor Patriot Co. v. Roy*, 401 U.S. 265 (1971), just as "a
candidate's expenditure of his personal funds directly facilitates his own political speech",
*Buckley v. Valeo*, 424 U.S. 1. N. 58 (1976).

48. As observed in *Doe v. Tangipahoa Par. Sch. Bd.*, 631 F. Supp. 2d 823 (E.D. La. 2009) "[t]he
loss of *First Amendment* freedoms, for even minimal periods of time, unquestionably
constitutes irreparable injury", *Id.* (quoting *Elrod v. Burns*, 427 U.S. 347 (1976)).

<u>**Claims**</u>

<u>***Count One: FOIA***</u>

49. Paragraphs 1 to 48 are incorporated by reference.

50. In that Respondent OMB did fail to respond to OMB FOIA Number 21-220, which it had

acknowledged on March 23, 2021, Petitioner is entitled to injunctive relief, 5 U.S.C. §

552(a)(4)(B), and any administrative remedies are deemed to have been exhausted. 5 U.S.C.

§ 552(a)(6)(C)(i).

### *Count Two: FACE Act*

51. Paragraphs 1 to 50 are incorporated by reference.

52. In that Respondent Meta Platforms, Inc. did, unlawfully block Petitioner's access not only to

his place of worship, or any place of worship, but also, a designated "safe place" for worship

during an "unprecedented pandemic", Opp. Brief, Hughes v. Northam, Civil Action No.

CL20-415 (Russell Cy. Cir. 2020), during which time the Virginia Governor, urging "faith

leaders to 'lead the way' and 'set an example' for their communities, had advised all

residents that "we need to think about what is truly the most important thing", to inquire, "Is

it the worship or the building?" and had emphasized that:

> "For me, God is wherever you are. You don't have to sit in the church pew for
> God to hear your prayers." Charlie Spiering, "Gov. Ralph Northam Tightens
> Coronavirus Restrictions: You Don't Have to Sit In Church for God to Hear
> Your Prayers," *supra.*

53. Stressing the dangers in the Commonwealth, as he, the nation's only physician serving as a

state governor, Alan Suderman, "Northam, Nation's Only Doctor Governor, Offers Sober

Voice on Coronavirus," NBC Washington, April 9, 2020, saw them, Ralph Northam, M.D.,

had specifically "blamed churches for contributing to the spread of the virus, noting that

some houses of worship were not social distancing or wearing masks." *Id.*[12]

---

[12] "'I have heard reports. They don't use distancing inside the church. They are not wearing masks. Quite frankly we
know that a lot of the spread is coming from this,' he said." *Id.*

### *Count Three: Religious Freedom Restoration Act (RFRA)*

54. Paragraphs 1 to 53 are incorporated by reference.

55. Petitioner's religious freedom on social media has been infringed upon through direct

government action, in violation of the *Religious Freedom Restoration Act (RFRA)*, 42 U.S.

Code § 2000bb−1(a), and, the Government has, in fact, burdened Petitioner's free exercise

right, with no credible evidence supporting a compelling government interest, and certainly

not through use of the least restrictive means.

### *Count Four: Section 1983*

56. Paragraphs 1 to 55 are incorporated by reference.

57. Petitioner's civil rights have been violated, entitling him to redress in an award of attorney

fees, under 42 U.S.C. §§ 1983 and 1988.

### *Count Five: Section 1985*

58. Paragraphs 1 to 57 are incorporated by reference.

59. In violation of 42 U.S.C. § 1985(3), "*two or more persons in any State or Territory

conspire[d]. . . for the purpose of depriving, either directly or indirectly, any person or class

of persons of the equal protection of the laws, or of equal privileges and immunities under

the laws*", and in denial of a statutory right, under the *FOIA*, his *Fifth Amendment* right to

due process and to free exercise of religion under the *First Amendment*, as well as disabling

of his political candidate account on Facebook, Petitioner avers a direct and actual injury, as

detailed above, entitling him to relief under 42 U.S.C. § 1985(3).

60. Moreover, in accordance with 42 U.S.C. § 1986, "*[e]very person who, having knowledge

that any of the wrongs conspired to be done*, and mentioned in section 1985 of this title, are

about to be committed, *and having power to prevent or aid in preventing the commission of*

*the same, neglects or refuses so to do*, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action", while, under Fed.R.Crim.Pro. 6(a), "[w]hen the public interest so requires, the court must order that one or more grand juries be summoned."

61. Furthermore, in accordance with 42 U.S.C. § 1988(b), in relevant part, "[i]n any action or proceeding to enforce a provision of sections. . . 1983, 1985, and 1986 of this title, . . . [and/or] *the Religious Freedom Restoration Act of 1993* [42 U.S.C. 2000bb et seq.], the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction."

### *Count Six: Civil Conspiracy*

62. Paragraphs 1 to 61 are incorporated by reference.

63. "'Under Virginia law, the elements of a common law civil conspiracy are (i) an agreement between two or more persons (ii) to accomplish an unlawful purpose or to accomplish a lawful purpose by unlawful means, which (iii) results in damage to plaintiff' through an overt action done pursuant to the agreement", *Marcantonio v. Dudzinski*, 155 F. Supp. 3d 619, 622–37 (W.D. Va. 2015) (quoting *William v. AES Corp.*, 28 F.Supp.3d 553 (E.D.Va.2014) (citing *Skillstorm, Inc. v. Elec. Data Sys., LLC*, 666 F.Supp.2d 610 (E.D.Va.2009)), and clear

and convincing evidence establishes that Respondent Meta Platforms, Inc., along with senior persons in the White House and Executive Branch had, as participants in a conspiracy, as alleged above, did, in fact, conspire with another to deprive Petitioner of access to his Facebook account, in direct injury to his rights, as detailed above.

### Count Seven: Intentional Affliction of Emotional Distress

64. Paragraphs 1 to 63 are incorporated by reference.

65. "Under Virginia law, in an action for intentional infliction of emotional distress a plaintiff must show that the defendant's conduct (1) is intentional or reckless; (2) offends generally accepted standards of decency or morality; (3) is causally connected with the plaintiff's emotional distress; and (4) caused emotional distress that was severe." *Hustler Magazine, Inc. v. Falwell*, 485 U.S. 46 (1988) (citing *Falwell v. Flynt*, 797 F.2d 1270, n. 4 (1986) (citing *Womack v. Eldridge*, 215 Va. 338 (1974))).

66. The conduct by now three-time defendants OMB and Facebook/Meta have been intentional or reckless, offending standards of morality or decency.

67. "Bipolar disorder is, by definition, recurrent", and a condition that is "uncurable but treatable." Samantha Boyd, "Security Report: Michael David Webb," U.S. Army, December 10, 2005.

68. "Bipolar disorder (BD) is a severe chronic psychiatric disorder that has been associated with cellular dysfunctions related to mitochondria, neurotrophin levels, and oxidative stress", Bianca Pfaffenseller, *et al.*, *Impaired endoplasmic reticulum stress response in bipolar disorder: cellular evidence of illness progression*, 17 Internat'l J. of Neuropsychopharm., pp. 1453–1463 (2014), doi:10.1017/S1461145714000443, and "[t]he correlation of stress and adverse outcomes for those afflicted with depressive disorders has been even accepted by

notable fact checkers who had concluded, regarding Vince Foster, that "[t]he implication that his death was connected to an expectation of his giving testimony against the Clintons is equally false", that he "was distraught over accusations of malfeasance involving the White House Travel Office, and he had sought treatment for depression prior to his suicide", while "Foster consistently maintained that the Travel Office scandal was baseless." David Emery, "Did Vince Foster Shoot Himself 'Three Times in the Back of the Head' to Avoid Testifying Against Hillary Clinton?" *Snopes*, September 21, 2018.

69.  The Fourth Circuit has recently recognized that a mental or emotional disorder of itself is a "condition of clinically significant distress", and when "[l]eft untreated, . . .can cause, among other things, depression, substance use, self[-]mutilation, other self-harm, and suicide", *Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586 (4th Cir. 2020), while one Massachusetts court had "conclude[d] that there was probable cause to show that the coercive quality of the defendant's verbal conduct overwhelmed whatever willpower the eighteen year old victim had to cope with his depression, and that but for the defendant's admonishments, pressure, and instructions, the victim would not have gotten back into the truck and poisoned himself to death", *Commonwealth v. Carter*, 474 Mass. 624 (2016), while, characterizing Petitioner's sincerely held beliefs as medical misinformation, Respondents have concededly acknowledged a dysphoric condition "that is characterized by debilitating distress and anxiety resulting from the incongruence". *Id.*

70.  Federal public health authorities have acknowledged for over a decade that Petitioner has a diagnosis of bipolar disorder, Cheryl J. Rawls, "Benefit Verification Letter," Department of Veterans Affairs, March 6, 2020, and, hence, incurred a severe emotional distress attributed to the conduct of Respondent.

**71.** As noted by the Reviewing Court in *Carter*, 474 Mass., at 624, "[w]anton or reckless

conduct[:] 'is conduct that creates a high degree of likelihood that substantial harm will result

to another", and a plaintiff need only "prove that the defendant's actions went beyond

negligence and amounted to wanton and reckless conduct as . . . defined . . . ." *Id.* (quoting

*Model Jury Instructions on Homicide* 73 (2013)).

### *Count Eight: Declaratory Relief*

**72.** Paragraphs 1 to 71 are incorporated by reference.

**73.** Under 28 U.S.C. § 2201(a), "[i]n a case of *actual controversy* within its jurisdiction, . . . any

court of the United States, upon the filing of an appropriate pleading, may declare the rights

and other legal relations of any interested party seeking such declaration, whether or not

further relief is or could be sought", and "[a]ny such declaration shall have the force and

effect of a final judgment or decree and shall be reviewable as such."

**74.** Some have intimated that "[f]ailure to comprehensively investigate the zoonotic origin

through collaborative and carefully coordinated studies would leave the world vulnerable to

future pandemics arising from the *same human activities* that have repeatedly put us on a

collision course *with novel viruses*", Edward C. Holmes, *et al.*, *The origins of SARS-CoV-2:*

*A critical review*, 184 Cell 19, pp. 4848-4856, September 16, 2021, doi:

10.1016/j.cell.2021.08.017, *Epub*. August 19, 2021, acknowledging the existence of a

controversy, which Petitioner had, at earliest opportunity to have resolved, before "the U.S.

Intelligence Community ha[d] 'coalesced around two likely scenarios' but ha[d] not reached

a definitive conclusion on this question", finding "'two elements in the IC lean[ing] toward

the former scenario and one lean[ing] more toward the latter – each with low or moderate

confidence". Briefing Room, "Statement by President Joe Biden on the Investigation into the Origins of COVID-19," *supra*.

75. With regard to Respondent OMB, "By. . . [their] conduct, as disclosed by the record, the [respondent]. . . is estopped from questioning the verity of the record." *Hill v. Woodward*, 78 Va. 765 (1884).

76. Their "evident knowledge of the pendency of this suit and its object, . . . [their] seeming acquiescence, and. . . delay and refusal to speak, though not served with notice in the regular way, makes it proper for. . . [them]r to remain silent now that others have acquired rights while. . . [they were] standing by in silence, if not in actual acquiescence." *Id.*

77. "It was not only competent for. . . [them] to speak in time and be made a party if. . . [they] had not been, but it was. . . [their] duty." *Id.*

78. Accordingly, in declaratory relief, Petitioner seeks a declaration not only that the infectious dose and/or secondary attack rate are indeed classified information, but also that, in accordance with Executive Order 12,958, *Classified National Security Information*, April 17, 1995, the Government owns and/or controls the biological causative agent for COVID-19, which, in accordance with *Assoc. for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. 576 (2013), would then have to have found origin in a laboratory.

### *Count Nine: Injunctive Relief*

79. Paragraphs 1 to 78 are incorporated by reference.

80. Under the *FOIA*, a district court "has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant", 5 U.S.C. § 552(a)(4)(B), just as under the *FACE Act*, a "court may award appropriate relief, including temporary, preliminary or permanent injunctive relief", 18

U.S.C. § 248(c)(1)(B), none of which have been awarded during past actions,  dismissed

without prejudice, while courts have at least said, perhaps in mere dicta, "[t]he loss of *First*

*Amendment* freedoms, for even minimal periods of time, unquestionably constitutes

irreparable injury", *Tangipahoa Par. Sch. Bd.*, 631 F. Supp. 2d, at 823 (quoting *Burns*, 427

U.S., at 347).

### Prayer for Relief

81. Paragraphs 1 to 80 are incorporated by reference.

82. For the reasons stated above, under Count One, Petitioner, under authority of the *FOIA*, 5

    U.S.C. § 552(a)(4)(B), prays for the injunctive relief to which he has been entitled through

    several litigations, but denied, against Respondent OMB, and prays for such other equitable

    relief as deemed proper.

83. For the reasons stated above, under Count Two and Nine, Petitioner, under authority of the

    *FACE Act*, 18 U.S.C. § 248, prays the temporary, preliminary or permanent injunctive relief,

    compensatory damages, and civil penalties[13], to which he has been entitled, but thus far

    denied, against Respondent Meta Platforms, Inc., and prays for such other equitable relief as

    deemed proper.

84. For the reasons stated above, under Count Three, Petitioner prays for relief to which he is

    entitled, against Respondents, under the *RFRA*, 42 U.S. Code § 2000bb–1(a), and such other

    equitable relief as deemed proper.

---

[13] "In any action under subparagraph (A), the court may award appropriate relief, including temporary, preliminary or permanent injunctive relief and compensatory and punitive damages, as well as the costs of suit and reasonable fees for attorneys and expert witnesses. With respect to compensatory damages, the plaintiff may elect, at any time prior to the rendering of final judgment, to recover, in lieu of actual damages, an award of statutory damages in the amount of $5,000 per violation." 18 U.S.C. § 248(c)(1)(B).

85. For the reasons stated above, under Count Four, Petitioner prays for relief to which he is entitled, against Respondents, under 42 U.S.C. § 1983, for deprivations of his rights, as noted above, and such other equitable relief as deemed proper.

86. For the reasons stated above, under Count Five, Petitioner prays for relief to which he is entitled, against Respondents, under 42 U.S.C. § 1985(3), and such other equitable relief as deemed proper.

87. For the reasons stated above, under Count Six, Petitioner prays for relief to which he is entitled, against Respondents, arising from a civil conspiracy, as described above, and such other equitable relief as deemed proper.

88. For the reasons stated above, under Count Seven, Petitioner prays for relief to which he is entitled, against Respondents, for intentional emotional distress, and such other equitable relief as deemed proper.

89. For the reasons stated above, under Count Eight, Petitioner prays for declaratory relief to which he is entitled, against Respondent OMB, under the *Declaratory Judgments Act*, 28 U.S.C. § 2201(a), and Fed.R.Civ.Pro. 57, as stated above, , and such other equitable relief as deemed proper.

## CERTIFICATION

Petitioner declares under penalty of perjury that no attorney has prepared or assisted in the preparation of this document.

Michael David Webb, 955 S. Columbus Street, #426, Arlington, Virginia 22204
Name of Pro Se Party (Print or Type)

_____  Executed on: _____  (Date)
Signature of *Pro Se* Party

Subscribed, acknowledged and sworn to before me, the undersigned Notary Public in the County

of _Fairfax_____ , in the Commonwealth of Virginia, this _4th_____

day of _August_____ , 20_23___ .

_____
NOTARY PUBLIC

My commission expires: _06/30/27_____  Registration Number: _8047995_____



## CERTIFICATE OF SERVICE

I hereby certify that on the 4[h] day of August 2023, I will that I will mail this Amended Verified

Complaint for Civil Action Number 1:23-cv-00816-DLF, by hand delivery and/or email to the

following parties, named in suit.

Dana Remus, Esq.
White House Counsel
Executive Office of the President (EOP)
Eisenhower Executive Office Building
1650 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 395-5895
Email: dremus@who.eop.gov

Counsel for Dionne Hardy and OMB
Office of Management & Budget
c/o Office of General Counsel
725 17th Street, NW
Washington, DC 20503
Telephone: (202) 395-3080

Steven Nathan Siegel, Esq.
Meta Platforms, Inc.
575 7th Street, N.W.
Washington, DC 20001
Telephone: (650) 812-9739
Email: sseigel@fb.com;
nathanielsiegel@dwt.com

Respectfully submitted,

Major Mike Webb
P.O. Box 40391
Arlington, Virginia 22204
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com
Date: August 4, 2023

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

MAJOR MIKE WEBB, *et al.*              )
    **Petitioner, Pro Se,**              )                Civil Case No. 1:23-cv-00816-DLF
                  )
v.              )
                  )
META PLATFORMS, INC., *et al.*              )
    **Respondents.**              )
                  )

RECEIVED
Mail Room

AUG - 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this <u>Amended Verified Complaint for
Civil Action Number 1:23-cv-00816-DLF.</u>

## **CERTIFICATION**

Petitioner declares under penalty of perjury that no attorney has prepared or assisted in the

preparation of this document.


    Michael David Webb, 955 S. Columbus Street, #426, Arlington, Virginia 22204
    Name of *Pro Se* Party (Print or Type)

_____ Executed on: ____8- 4- 25____ (Date)
Signature of *Pro Se* Party


Subscribed, acknowledged and sworn to before me, the undersigned Notary Public in the County

of ___fairfax_____ , in the Commonwealth of Virginia, this ___4th_____

day of ___August_____ , 20 _23_ .

_____
NOTARY PUBLIC

My commission expires: ___06/30/27___     Registration Number: ___8047995___

ANER LEOPOLDO AMAYA
MY COMM. EXPIRES
06-30-2027
REGISTRATION
# 8047995
NOTARY PUBLIC
COMMONWEALTH
OF VIRGINIA