UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE WEBB,<br><br>       Plaintiff,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>       Defendant. | Civil Action No. 23-0816 (DLF) |

## DEFENDANT'S PARTIAL MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant the Office of Management and Budget, a component of the Executive Office of the President respectfully moves the Court for an order dismissing Plaintiff Mike Webb's Amended Complaint (ECF No. 55) in part. In support of this motion, Defendant respectfully refers the court to the accompanying memorandum of points and authorities. A proposed order is attached herewith.

Dated: June 17, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*