UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE WEBB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　Defendant. | Civil Action No. 23-0816 (DLF) |

## DEFENDANT'S COMBINED CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Defendant the Office of Management and Budget moves the Court for an order granting summary judgment in its favor and denying Plaintiff's motion for summary judgment. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities, statement of material facts as to which there is no genuine dispute, and proposed order.

Dated: August 30, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:　　　*/s/ John J. Bardo*
　　　JOHN J. BARDO, D.C. Bar #1655534
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 870-6770

*Attorneys for the United States of America*