UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE WEBB,<br><br>       Plaintiff,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>       Defendant. | Civil Action No. 23-0816 (DLF) |

**DEFENDANT'S MEMORANDUM IN OPPOSSITION TO PLAINTIFF'S MOTION FOR ABEYANCE ON GOVERNMENT'S DEMURRER AND NOTICE REGARDING SACTIONS UNDER FED. R. CIV. P. 11**

Defendant the Office of Management and Budget respectfully submits this opposition to Plaintiff's "Motion for Abeyance on Government's Demurrer and Notice Regarding Sanctions Under Fed. R. Civ. P. 11." ("Pl. Mot."). *See* ECF No. 83. Like his other filings, Plaintiff's motion contains quotations and citations to random statutes, cases, and articles, but it is not clear what relief Plaintiff seeks from the Court. *See generally* Pl. Mot. Moreover, to the extent that Plaintiff seeks sanctions, it is unclear why he is seeking sanctions, beyond his disagreements with the legal arguments that Defendant has advanced in this case. *See*, *e.g.*, Pl. Mot at 11-12. Plaintiff's non-sensical motion accordingly should be denied.

The merits briefing in this case is nearing the end. As of August 16, 2024, Defendant's partial motion to dismiss (ECF No. 72) is fully briefed. The parties are briefing summary judgment on Plaintiff's Freedom of Information Act claim, *see* Pl. Mot. for Summ. J. (ECF No. 78); Def. Cross Mot. (ECF No. 86), the only claim that was not subject to Defendant's Partial Motion to Dismiss. Plaintiff filed an opposition to Defendant's motion for summary judgment on September 5, 2024, see ECF No. 88, and Defendant's reply is the only remaining deadline in this briefing

- 2 -

schedule. With Plaintiff's portion of the briefing complete, the Court should not accept any additional motions from him while the dispositive motions are pending. *Michel-Wiggins v. Dep't of Housing and Urban Dev't*, Civ. A. No. 23-3398 (JMC), Min. Order, July 2, 2024 (D.D.C. Jul. 2, 2024) (ordering pro se Plaintiff "not to submit any other motion or filings unless Plaintiff first gets permission from the Court to do so," as "the Court is considering Defendant's motion to dismiss and Plaintiff's opposition and there are no other deadlines in the case"); *Gosztyla v. Gruenwald*, Civ. A. No. 22-1725, 2023 U.S. Dist. LEXIS 137843, *5 n.1 (E.D. Cal. Aug. 8, 2023) (cautioning that "a litigant proceeding pro se . . . may suffer restricted access to the court if he files excessive frivolous motions," and "such matters strain the limited resources of both the court and defense counsel").

In continuing to file frivolous motions, Plaintiff diverts the Government and the Court's attention from more pressing matters and ultimately delays the resolution of this case. In fact, since filing this case eighteen months ago, Plaintiff has filed seventeen motions, roughly one motion per month.

*   *   *

## CONCLUSION

For these reasons, the Court should deny Plaintiff's "Motion for Abeyance on Government's Demurrer and Notice Regarding Sanctions Under Fed. R. Civ. P. 11.

Dated: September 5, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____*/s/ John J. Bardo*_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I caused the forgoing Opposition and attached proposed order to be served on Plaintiff via first class mail, postage prepaid to:

Mike Webb, Pro Se
3445 Washington Blvd., Unit 306
Arlington, VA 22201

*/s/ John J. Bardo*
JOHN J. BARDO [1655534]