UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKE WEBB,

    *Plaintiff.*

  v.

OFFICE OF MANAGEMENT AND BUDGET., *et al.,*

    *Defendants.*

No. 23-cv-00816 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Partial Motion to Dismiss, Dkt. 72, is **GRANTED**, and the defendant's Motion for Summary Judgment, Dkt. 86, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Motion for Summary Judgment, Dkt. 78, is **DENIED**. It is further

**ORDERED** that the plaintiff's Motion to Hold in Abeyance, Dkt. 83, is **DENIED AS MOOT**. It is further

**ORDERED** that this action is **DISMISSED** with prejudice. The Clerk of Court is directed to mail a copy of this Order and the accompanying Memorandum Opinion to the plaintiff's address of record and close the case. This is a final appealable order.

**SO ORDERED.**

March 31, 2025

_____
DABNEY L. FRIEDRICH
United States District Judge